**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

_____

| | |
|---|---|
| **CARMEN GRICCO** | **CIVIL ACTION NO. 06-1988-A** |
| -vs- | **JUDGE DRELL** |
| **JOHN R. PADOVA, et al.** | **MAGISTRATE JUDGE KIRK** |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by the Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint and all pending motions, including Doc. No. 18, are hereby DISMISSED, *sua sponte*, under 28 U.S.C. § 1915A as frivolous and failing to state a claim for which relief can be granted.

SIGNED on this 15th day of March, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge